IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bruce, Robert E | Case Number: 05 B 11024 |
|---|---|---|
| | Bruce, Amelia B | Judge: Squires, John H |
| | Printed: 12/19/07 | Filed: 3/25/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 14, 2007
Confirmed: May 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 34,400.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 23,860.04 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 1,313.23 |
| Other Funds: | | 7,226.73 |
| Totals: | 34,400.00 | 34,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Lynch P C | Administrative | 2,000.00 | 2,000.00 |
| 2. | ECast Settlement Corp | Unsecured | 1,927.00 | 3,854.00 |
| 3. | ECast Settlement Corp | Unsecured | 2,468.15 | 4,936.29 |
| 4. | Discover Financial Services | Unsecured | 2,431.56 | 4,863.11 |
| 5. | Resurgent Capital Services | Unsecured | 2,066.79 | 4,133.58 |
| 6. | ECast Settlement Corp | Unsecured | 3,036.53 | 6,073.06 |
| 7. | Capital One | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | Credit Card Center | Unsecured | | No Claim Filed |
| 10. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 11. | Credit Card Center | Unsecured | | No Claim Filed |
| 12. | AARP | Unsecured | | No Claim Filed |
| 13. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,930.03 | $ 25,860.04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 67.19 |
| 3% | 110.86 |
| 5.5% | 532.13 |
| 5% | 161.24 |
| 4.8% | 309.60 |
| 5.4% | 132.21 |
| | _____ |
| | $ 1,313.23 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bruce, Robert E | Case Number:  05 B 11024 |
| Bruce, Amelia B | Judge:  Squires, John H |
| Printed:  12/19/07 | Filed:  3/25/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                  Marilyn O. Marshall, Trustee, by:

